Charlesetter Ritchie
318 703-1208
10-26-2023
Chief Judge Terry
United States Court
Mag. Judge Kayla D. McClusky

RECEIVED
OCT 30 2023
TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

3:23-cv-1543

I. Will Like To File A Complcant Pro-Se Plantiff I Dont Have the Intinal Filing Fee I Will Like To leed To proceed In Forma Pauperis Kidnapped In A main medical Facility Ocher Hospital S-port La 71103 LSU Heath Hospital 1544 or 1541 Kings Hwy LA. Behavior Heath. Kings Hwy 71103 medical Ductor Foolet pystiric I were Treated Ilegal under medicade they Did not Treat me under medicade Kidnapping 12-14-63  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 Louisiana Heath Care Connections Heathy Louisiana Louisiana Dpt of Heath medicaid Order of postive Custody Office D-Wane L-Warren

Charlesetta Williams
318 703-1208
10-25-2023
Chief Judge Terry A Doughty
United States Court Mag. Judge
KAYLA D McLusky
3-28-2023 AC339778517
S.port City Jail 755
Hope St S-port LA 71101
LT. Sup. Black Female
LT. Barry Kleuton Officer
D. Wane L. Warren
Williams Charlesetta
HAR 98007308083  MRN 11444374
DOB- 12-14-63  59 yrs Female
CSN 339778517  ar Ceursc.A
Ambulance From main
Hospital LA - Behavior
Heath King's Huy Bed Cave
206 A  200 Unit  HAL-dol Injection
R-N- ~~Admitted~~ White Female
3-28-2023 Williams
Charlesetta HAR. 98200019
349  MRN 11444374
DOB 12-14-63  59 yrs
Female CSN 339792494
~~AC3397~~ AC339792494
Mother Barbara Jean Williams
2831 Kelsey St Cooper Rd
Did not Go to A Corner
Nor Did I  I Didnot Call
Nor A Neighbor Call

Chandra Williams
318 703-1208
10-25-2023
Chief Judge Terry A. Doughty
United States Court
City Ordiance Mayor
Tom Arnson 505 Travis St
S.port LA 71101 Government
Plaza A. S port Police Officer
Corpal Davis Badge num 204
S-up Badge num 557
City ordiare ordiance
Charge Drinking In public
Sign Her Signature For
S port police Dpt offense
Report For Her not to
arrest no other officer
with City propsutor
Shelya schmet Mayor
Cedric Glover City ordiances
2nd arrest Drinking
In public Corpal Davis
Badge nm 204 / 3rd arrest
Drinking In public
Kirdapping August
8 2004 City ordiance
District C. Fire Dpt
of Ambulance D- Ware +
L. Warren suppuse to
took me then schFrantic
Willis Knighton South
Berk knowns

Mag. Judge
Kayla D- Mcclusky

Charlesetta Williams
2831 Kelsey St
Shreveport LA 71109

Federal Court Building
Western District of LA
U.S. Courts 300 Fannin St
S port LA 71101 Tony R. Moore
Clerk-of-Court Deputy Clerk
Mark L. Hornsby Ste 1167