UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **\*\*SANCTIONED/BARRED\* CHARLESETTA WILLIAMS** | **CASE NOS. 3:23-1543 / 3:23-1544 / 3:23-1545 / 3:23-1546 / 3:23-1548 / 3:23-1550 / 3:23-1551 / 3:23-1552 / 3:23-1556 / 3:23-1558 / 3:23-1559 / 3:23-1576 / 3:23-1578 / 3:23-1581 / 3:23-1596 / 3:23-1608 / 3:23-1616 / 3:23-1655 / 3:23-1656 / 3:23-1657** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN DEFENDANTS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

Pursuant to the reasons stated in the oral ruling in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Charlesetta Williams' claims against Defendants in all cases[1] are hereby **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that the Court reiterates Williams is sanction barred.

---

[1] The twenty open cases include: 3:23-cv-01543-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01544-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01545-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01546-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01548-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01550-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01551-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01552-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01556-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01558-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01559-TAD-KDM Williams v. Wells et al; 3:23-cv-01576-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01578-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01581-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01596-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01608-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-01616-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-1616-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-1655-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-1656-TAD-KDM Williams v. Unknown Defendants; 3:23-cv-1657-TAD-KDM Williams v. Unknown Defendants.

**IT IS FURTHER ORDERED** that Charlesetta Williams is sanctioned to one hundred dollars ($100) for each of the twenty cases, in addition to a previous sanction of $1,000[2], for a total sum of $3,000.[3]

**IT IS FURTHER ORDERED** that the Clerk of Court decline to accept any civil complaint filed by Charlesetta Williams unless the complaint has first been presented to the Chief Judge, and the Chief Judge has specifically ordered in writing that the complaint may be filed.

MONROE, LOUISIANA, this 22nd day of November 2023.

_____
Terry A. Doughty
United States District Judge

---

[2] [3:23-cv-01222, Doc. No. 7].
[3] These fees are not filing fees, they are sanctions. Should Charlesetta Williams file another complaint after approval from the undersigned, she must additionally pay the normal filing fees.